[No. 26505-9-I.  Division One.  March 30, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. BOBBY JOE
LYONS, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-06963-2, Sharon S. Armstrong, J., entered
July 11, 1990. *Reversed* by unpublished opinion per Baker,
J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 26383-8-I.  Division One.  March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
LAWRENCE FREDRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-05935-0, LeRoy McCullough, J., entered
June 19, 1990. *Affirmed* by unpublished opinion per Peke-
lis, J., concurred in by Forrest and Agid, JJ.

[No. 26501-6-I.  Division One.  March 30, 1992.]

ARTHUR DONALD WATKINS, ET AL, *Appellants*, v.
RESTORATIVE CARE CENTER, INC.,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-02321-2, William L. Downing, J., entered
January 8, 1990. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Scholfield and Agid, JJ. Now
published at 66 Wn. App. 178.